## EAST ATLANTA LAND COMPANY *v.* HOUSER.

FISH, J. 1. The instructions to the jury requested by the defendant and refused by the court were, in substance, fully covered by the charge of the court.

2. The evidence was sufficient to authorize the verdict rendered.

*Judgment affirmed. All the Justices concurring.*

Aruged May 24,—Decided July 19, 1899.

Action for damages. Before Judge Reid. City court of Atlanta. December 3, 1898.

*Payne & Tye*, for plaintiff in error.
*Dorsey, Brewster & Howell* and *Hugh M. Dorsey*, contra.